UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDY SCHELL, a married man,<br><br>                Plaintiff,<br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                Defendant. | No. 2:16-CV-00700 RSM<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

COME NOW the Plaintiff Randy Schell, individually, by and through his attorney of record, Aaron D. Bigby, and State Farm Mutual Automobile Insurance Company (hereinafter "State Farm"), by and through its attorneys of record, Joseph D. Hampton and Kathryn Naegeli Boling, and hereby stipulate that all claims against Defendant State Farm are hereby dismissed with prejudice and without fees and/or costs to any party.

Dated: June 8, 2017

/s/ Aaron D. Bigby
Aaron D. Bigby, WSBA #29271
NORTHCRAFT, BIGBY & BIGGS, P.C.
819 Virginia, Suite C-2
Seattle, WA 98101
Telephone: (206) 623-0229
Fax: (206) 623-0234
Email: aaron_bigby@northcraft.com
*Attorney for Plaintiff*

STIPULATION FOR AND ORDER OF DISMISSAL - 1
**[2:16-cv-00700]**
w:\schell\pld\stip order of dismissal

**NORTHCRAFT, BIGBY & BIGGS, P.C.**
819 Virginia Street / Suite C-2
Seattle, Washington 98101
*tel:* 206-623-0229
*fax:* 206-623-0234

| | |
|---|---|
| Dated: June 8, 2017 | /s/ Joseph D. Hampton<br>Joseph D. Hampton, WSBA #15297<br><br>/s/ Kathryn Naegeli Boling<br>Kathryn Naegeli Boling, WSBA #39776<br>BETTS PATTERSON MINES<br>701 Pike Street, Suite 1400<br>Seattle, WA 98101<br>Telephone (206) 292-9988<br>Email: jhampton@bpmlaw.com<br>kboling@bpmlaw.com<br>*Attorneys for Defendant* |

# ORDER OF DISMISSAL

Based upon the foregoing stipulation of counsel, Defendant State Farm is hereby dismissed with prejudice and without fees and/or costs to any party.

DATED this 8th day of June, 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**PRESENTED BY:**

| | |
|---|---|
| /s/ Aaron D. Bigby<br>Aaron D. Bigby, WSBA #29271<br>NORTHCRAFT, BIGBY & BIGGS, P.C.<br>819 Virginia, Suite C-2<br>Seattle, WA 98101<br>Telephone: (206) 623-0229<br>Fax: (206) 623-0234<br>Email: aaron_bigby@northcraft.com<br>*Attorney for Plaintiff* | /s/ Joseph D. Hampton<br>Joseph D. Hampton, WSBA #15297<br>/s/ Kathryn Naegeli Boling<br>Kathryn Naegeli Boling, WSBA #39776<br>BETTS PATTERSON MINES<br>701 Pike Street, Suite 1400<br>Seattle, WA 98101<br>Telephone (206) 292-9988<br>Email: jhampton@bpmlaw.com<br>kboling@bpmlaw.com<br>*Attorneys for Defendant* |

**STIPULATION FOR AND ORDER OF DISMISSAL - 2**
**[2:16-cv-00700]**
w:\schell\pld\stip order of dismissal

**NORTHCRAFT, BIGBY & BIGGS, P.C.**
819 Virginia Street / Suite C-2
Seattle, Washington 98101
*tel:* 206-623-0229
*fax:* 206-623-0234